# Graubard Miller

**The Chrysler Building**
**405 Lexington Avenue**
NEW YORK, N.Y. 10174-4499
(212) 818-8800

facsimile

(212) 818-8881

direct dial number

(212) 818-8695
email address
cmarcus@graubard.com

March 19, 2025

Honorable Robert N. Chatigny
United States Courthouse
450 Main Street, Room 228
Hartford, Connecticut  06103

      Re:    Cole Investment IX, LLC v. E Brands, LLC, et al.
             Case No. 3:25-cv-00126

Dear Judge Chatigny:

      I am writing on behalf of defendants E Brands, LLC and Chicken Soup for the Soul Holdings, LLC.  We have been retained for the purpose of seeking an extension of time to respond to the complaint in order to facilitate a settlement but not for all purposes.  The parties have settled the case in principle and are working on the details and documenting their agreement.  In light of your March 14, 2025 order, defendants seek an extension of time to respond to the complaint to March 31, 2025.  Plaintiff has agreed to such an extension and counsel have signed the annexed stipulation agreeing to that date.  We are hopeful a settlement agreement will be signed before March 31, 2025.

      Thank you for your consideration in this matter.

                Respectfully submitted,

                Caryn L. Marcus
                Bar No. ct31653

Enclosure

cc:    Anthony G. Cali, Esq.
       Joseph P. Fortner, Esq.

796444.1

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| COLE INVESTMENT IX LLC, | Civil Action |
| Plaintiff | Case No. 3:25-cv-00126 |
| vs. | **STIPULATION** |
| E BRANDS LLC AND CHICKEN SOUP FOR THE SOUL HOLDINGS LLC, | |
| Defendants | |

**IT IS HEREBY STIPULATED AND AGREED,** by and between the undersigned, counsel of record for the parties to the above-captioned action, that Defendants' time to answer or otherwise move with respect to the Complaint is extended to March 31, 2025.

This Stipulation may be executed in counterparts, which together shall constitute one and the same Stipulation, and facsimile copies and pdf signatures shall be deemed original signatures for the purposes of this Stipulation. Copies of signatures, transmitted electronically, shall suffice to render this Stipulation binding and effective.

Dated: New York, New York
     March 18, 2025

**STINSON LLP**

By: _____
    Anthony P. Cali
Admitted *pro hac vice*
1850 N. Central Avenue, Suite 2100
Phoenix, Arizona 85004-4584
(602) 212-8509
anthony.cali@stinson.com
*Attorneys for Plaintiff*

**GRAUBARD MILLER**

By: _____
    Caryn L. Marcus
The Chrysler Building
405 Lexington Avenue, 44th Floor
New York, New York 10174-4499
(212) 818-8695
cmarcus@graubard.com
*Attorneys for Defendants*
Federal Bar No. ct31653

796306.1

HALLORAN & SAGE LLP

By: _____
Joseph G. Fortner Jr., Esq.
One Goodwin Square, 225 Asylum Street
Hartford, CT 06103
FORTNER@halloransage.com

Federal Bar No. ct04602

2