# GRAUBARD MILLER

THE CHRYSLER BUILDING
405 LEXINGTON AVENUE
NEW YORK, N.Y. 10174-4499
(212) 818-8800

FACSIMILE

(212) 818-8881

DIRECT DIAL NUMBER

(212) 818-8695

EMAIL ADDRESS
cmarcus@graubard.com

March 28, 2025

Honorable Robert N. Chatigny
United States Courthouse
450 Main Street, Room 228
Hartford, Connecticut 06103

      Re:   Cole Investment IX, LLC v. E Brands, LLC, et al.
              Case No. 3:25-cv-00126

Dear Judge Chatigny:

      I am writing on behalf of defendants E Brands, LLC ("EB") and Chicken Soup for the Soul Holdings, LLC ("CSSH") to request one final extension of time to respond to the complaint for the following reasons:

1. The two relevant documents that plaintiff has sued on, (i) the letter agreement dated December 12, 2020 between plaintiff and EB and (ii) the CSSH operating agreement at paragraph 12.7 state that any action or proceeding brought thereunder shall be instituted *exclusively* in New York State Supreme Court, County of New York, or in the United States District Court for the Southern District of New York. *See* Exhibits "A" and "B" respectively.

2. The December 12, 2020 letter agreement, at paragraph 7, incorporates by reference and annexes a convertible promissory note which provides, at paragraph 5.5, for the exclusive jurisdiction in New York State Supreme Court, County of New York, or in the United States District Court for the Southern District of New York. *See* Exhibit "C".

3. I have reached out to plaintiff's counsel and requested plaintiff withdraw this action without prejudice to re-filing in the state or federal court of New York as required by the relevant documents but plaintiff has not agreed to do so.

4. The parties are still discussing settlement however plaintiff's counsel has failed to respond to numerous requests for comments to the revised draft forbearance agreement sent to them a few days ago.

797247.1

Case 3:25-cv-00126-RNC   Document 19   Filed 03/28/25   Page 2 of 2

Honorable Robert N. Chatigny
March 28, 2025
Page 2

    5. Defendants intend to move to dismiss the complaint for lack of jurisdiction and respectfully request until April 17, 2025 to do so.

    We remain hopeful a resolution can be reached without the resort to motion practice.

    Thank you for your consideration in this matter.

            Respectfully submitted,

            Caryn L. Marcus/jl
            Caryn L. Marcus
            Bar No. ct31653

Enclosures

cc: Anthony G. Cali, Esq.
   Joseph P. Fortner, Esq.

797247.1