# GRAUBARD MILLER

THE CHRYSLER BUILDING
405 LEXINGTON AVENUE
NEW YORK, N.Y. 10174-4499
(212) 818-8800

FACSIMILE

(212) 818-8881

DIRECT DIAL NUMBER

(212) 818-8695

EMAIL ADDRESS
cmarcus@graubard.com

April 7, 2025

Honorable Robert N. Chatigny
United States Courthouse
450 Main Street, Room 228
Hartford, Connecticut 06103

      Re:    Cole Investment IX, LLC v. E Brands, LLC, et al.
                Case No. 3:25-cv-00126

Dear Judge Chatigny:

      I am writing to request a brief conference call or Microsoft Teams conference with the Court to assist the parties in getting over the finish line of a settlement. We have a procedural issue that, once resolved, will effectuate a resolution of the action. Plaintiff's counsel joins in this request.

                                                Respectfully submitted,

                                                Caryn L. Marcus
                                                  Bar No. ct31653

CLM/mal

cc:    Anthony G. Cali, Esq.
       Joseph P. Fortner, Esq.

798405.1