# Graubard Miller

The Chrysler Building
405 Lexington Avenue
NEW YORK, N.Y. 10174-4499
(212) 818-8800

facsimile

(212) 818-8881

direct dial number

(212) 818-8695
email address
cmarcus@graubard.com

April 15, 2025

Honorable Robert N. Chatigny
United States Courthouse
450 Main Street, Room 228
Hartford, Connecticut 06103

    Re:   Cole Investment IX, LLC v. E Brands, LLC, et al.
            Case No. 3:25-cv-00126

Dear Judge Chatigny:

    I am writing to request a further adjournment of defendants' time to respond to the complaint to May 1, 2025. The parties are working on a Settlement Agreement and have conferred with Magistrate Judge Robert Spector in furtherance of the settlement. We have another conference with Magistrate Spector on April 22, 2025 at which time we will hopefully have finalized the agreement.

    Plaintiff's counsel consents to this request.

                              Respectfully submitted,

                              Caryn L. Marcus
                              Bar No. ct31653

CLM/mal

cc:   Anthony G. Cali, Esq.
      Joseph P. Fortner, Esq.

799016.1